No. 355. FOLLETT *v.* VORIS, DEPUTY COMMISSIONER, BUREAU OF EMPLOYEES COMPENSATION, ET AL. C. A. 5th Cir. Certiorari denied. *Arthur J. Mandell* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Burger* and *Samuel D. Slade* for the Deputy Commissioner; and *John R. Brown* and *E. D.*

*Vickery* for the Texas Employers' Insurance Association, respondents.

No. 358. Whelan et al. *v.* Riley, Assessor-Collector of Taxes. C. A. 5th Cir. Certiorari denied. *James D. Smullen* for petitioners.